COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-342-CV

IN RE DONALD D. FREIER RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered Relator’s petition for writ of mandamus and is of the opinion that the petition should be dismissed for want of jurisdiction. 
 
See 
Tex. Gov’t Code Ann. § 22.221(b) (Vernon 2004)
;
 In re Simmonds, 
271 S.W.3d 874, 879 (Tex. App.—Waco, 2008, orig. proceeding).  
Accordingly, Relator’s petition for writ of mandamus is dismissed.

PER CURIAM

PANEL:  LIVINGSTON, MCCOY, and MEIER, JJ. 

DELIVERED:  October 15, 2009

FOOTNOTES
1:
See 
Tex. R. App. P. 
47.4.